UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

THOMAS E. MONKS,

                Plaintiff,

-against-

ASTORIA BANK f/k/a ASTORIA FEDERAL
SAVINGS AND LOAN ASSOCIATION

                Defendant.

Case #: 16-CV-12084-FDS

## DECLARATION OF DESPINA WALSH

I, Despina Walsh, declare under penalty of perjury the truth of the following:

1.    I am a Vice President of Astoria Bank, formerly known as Astoria Federal Savings and Loan Association ("**Astoria**") and am duly authorized to submit this declaration in support of Astoria's motion to dismiss.

2.    I am familiar with the matters referenced herein and have personal knowledge of the facts asserted herein.

3.    Annexed hereto at Exhibit B is a true copy of the Federal Stock Charter for Astoria Bank which was adopted on November 10, 1993, as amended by the vote of its sole shareholder on February 19, 2014.

4.    Annexed hereto at Exhibit C is a true copy of the Federal Stock Charter for Astoria Federal Savings and Loan Association which was adopted on November 10, 1993.

5. For the foregoing reasons, and for all the reasons stated in Astoria's moving papers, it is respectfully requested that this Court grant the instant motion in its entirety.

6. I declare under penalty of perjury that the foregoing is true and correct.

Executed on:

February 13, 2017  
Jericho, New York

ASTORIA BANK

By: _____  
Despina Walsh  
Vice President

Sworn to before me this

13th day of February, 2017

_____  
Notary Public

CAROL ANN SOLFERINO  
Notary Public, State of New York  
No. 02SO4979051  
Qualified in Nassau County  
Commission Expires March 18, 20 19

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| THOMAS E. MONKS,<br><br>         Plaintiff,<br><br>  v.<br><br>ASTORIA BANK, f/k/a ASTORIA FEDERAL SAVINGS AND LOAN ASSOCIATION,<br><br>         Defendant. | Case No. 16-cv-12084-FDS |

**CERTIFICATE OF SERVICE**

I, Samit G. Patel, hereby certify that a copy of the Declaration of Despina Walsh, with exhibits, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on February 17, 2017.

Dated: February 17, 2017

Respectfully submitted,

ASTORIA BANK F/K/A ASTORIA FEDERAL
SAVINGS AND LOAN ASOCIATION
By its attorney,

*/s/ Samit G. Patel*
Samit G. Patel, Esq.
CULLEN and DYKMAN LLP
44 Wall Street
New York, New York 10005
Tel.: (212) 510-2286
Fax: (212) 742-1219
spatel@cullenanddykman.com